# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSAMA E. ELDEEB | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | NO. 08-3625 |
| v. | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this ___8th___ day of December 2009, upon consideration of Defendant's Motion to Dismiss (Doc. #5) and Plaintiff's Response (Doc. #14), it is **ORDERED** that the Defendant's Motion is **GRANTED** as follows:

1) Plaintiff's Title VII claim based on an allegedly hostile work environment is dismissed without prejudice; and

2) Plaintiff's Title VII claim based on his alleged "assignment to hazardous work" is dismissed for failure to exhaust mandatory administrative remedies.

It is further **ORDERED** that Plaintiff shall have leave to amend his complaint by January 18, 2010.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to: